**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:21-cv-2142-RMR-SKC

MARY MERRITT and LAUREN JONES,
*On Behalf of Themselves and All Others Similarly Situated,*

Plaintiffs,

v.

MAC ACQUISITION, LLC,

Defendant.

---

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO RULE 41(a)(1)(A)(i)**

---

Plaintiffs Mary Merritt and Lauren Jones file this Notice of Dismissal Without Prejudice pursuant to Rule 41(a)(1)(A)(i) and would respectfully show the Court the following:

I.

1.     Plaintiffs filed their Complaint on August 9, 2021. (Dkt. 1).  To date, Defendant has not filed an Answer or a Motion for Summary Judgment.

2.     This case is not governed by any federal statute that requires a court order for dismissal of the case.

3.     Plaintiffs have not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

4.     This dismissal is without prejudice.

5.     All costs and fees accrued to date shall be borne by the party incurring the same.

Respectfully submitted,

/s/ *Matthew S. Grimsley*
Matthew S. Grimsley
Lori M. Griffin
The Lazzaro Law Firm, LLC
The Heritage Building, Suite 250
34555 Chagrin Boulevard
Moreland Hills, Ohio 44022
Telephone: 216-696-5000
Facsimile: 216-696-7005
matthew@lazzarolawfirm.com
lori@lazzarolawfirm.com

And

Don J. Foty
Hodges & Foty, LLP
4409 Montrose Blvd., Suite 200
Houston, Texas 77006
Telephone: 713-523-0001
Facsimile: 713-523-1116
dfoty@hftrialfirm.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2021, a true and correct copy of the foregoing instrument was filed and served via the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Matthew S. Grimsley*
Matthew S. Grimsley